INGRAM VS EDDINGTON ET AL.

Opinion delivered October 19, 1904.

(83 S. W. Rep. 1132).

*Appeal—Opinion of Court Divided—Effect of.*

>   When no two justices could agree as to how an appeal should be
>   decided under the statute (Sec. 11, Act of Congress approved March
>   1, 1895) the judgment of the lower court stands affirmed.

Appeal from the United States Court for the Northern
District.

CHARLES W. RAYMOND, Judge.

Action between Fannie C. Ingram and another and J. R.
Eddington and another. Judgment for defendants. Plaintiffs
appeal. Affirmed by divided court.

*R. P. DeGraffenried* and *Hutchings & West,* for appellants.

*W. E. Linton* and *J. H. Watkins,* for appellees.

PER CURIAM. At a sitting of the United States Court
of Appeals for the Indian Territory, this 19th day of October,
1904, the same being one of the days of the regular September,
1904, term, present Hon. Charles W. Raymond, Chief Justice,
Hon. W. H. H. Clayton, Hon. Hosea Townsend, and Hon.
Jos. A. Gill, Associate Justices, W. P. Freeman, clerk, and
George K. Pritchard, marshal, came on to be heard the above-
entitled cause upon the appeal; and it being found upon con-
sideration by the court that no two justices of said court could
agree as to how said appeal should be decided, under the statute,
the judgment of the lower court stands affirmed.